JAMES M. MALONEY (JM-3352)
Attorney for Plaintiffs
33 Bayview Avenue
Port Washington, New York 11050
Telephone: (516) 767-1395

**FILED VIA ECF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUGHES, HOOKER & CO. AND
HUGHES, HOOKER (CORRESPONDENTS) S.A.,

    Plaintiffs,

    -against-

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION,
INC., SHIPOWNERS CLAIMS BUREAU,
JOSEPH E. M. HUGHES, THOMAS J. MCGOWAN,
AND VINCENT J. SOLARINO,

    Defendants.

---

04 CV 1859 (SHS)

PLEASE TAKE NOTICE THAT James M. Maloney, an attorney at law duly admitted to practice before this Court, and having an office at 33 Bayview Avenue, Port Washington, New York 11050, hereby appears as counsel of record for the above-named Plaintiffs, who have substituted for the original plaintiff in the above-captioned action pursuant to the Order of the Honorable Sidney H. Stein dated November 15, 2004.

Dated:    December 17, 2004
            Port Washington, New York

                                                  _____/s/_____
                                                  James M. Maloney (JM-3352)
                                                  33 Bayview Avenue
                                                  Port Washington, NY 11050

                                                  tel: (516) 767-1395