UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
HUGHES, HOOKER & CO. and
HUGHES, HOOKER (CORRESPONDENTS) S.A.

                      Plaintiffs,

                     -against-

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,
SHIPOWNERS CLAIMS BUREAU,
JOSEPH E. M. HUGHES, THOMAS J.
MCGOWAN, and VINCENT J. SOLARINO

                      Defendants.
------------------------------------------------------------------x

04 Civ. 1859 (SHS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/04

SIDNEY H. STEIN, U.S. District Judge.

      In light of the recent substitution of Hughes Hook, Co. and Hughes Hooker (Correspondents) S.A. as the plaintiffs in this action, the appearance of Mr. James M. Maloney as the counsel for plaintiffs, and the filing of the First Amended Complaint on December 17, 2004; the pending motion of the defendants dated May 10, 2004 to stay this action pending arbitration Is Hereby Dismissed without prejudice to its renewal.

Dated: New York, New York
          December 21, 2004

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.