USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

HUGHES, HOOKER (CORRESPONDENTS) S.A.,:    04 Civ. 1859 (SHS)
*ET AL.*,

                 Plaintiffs,

      -against-                ORDER

AMERICAN STEAMSHIP AND INDEMNITY
ASSOCIATION, INC., *ET AL.*,

                 Defendants.

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1.     Defendants' motion for summary judgment in response to the amended complaint is due on or before February 28, 2005;

2.     Plaintiffs' opposition to the summary judgment motion and any cross motion are due on or before March 21, 2005;

3.     Defendants' reply to their summary judgment motion and opposition to any cross motion are due on or before March 28, 2005; and

4.     Plaintiffs' reply to its cross motion is due on or before April 4, 2005.

Dated: New York, New York
       February 4, 2005

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.