

ADMITTED TO PRACTICE IN:
NEW YORK; NEW JERSEY;
UNITED STATES SUPREME
COURT; UNITED STATES
COURTS OF APPEALS FOR THE
SECOND AND THIRD CIRCUITS;
UNITED STATES DISTRICT
COURTS FOR THE SOUTHERN
AND EASTERN DISTRICTS OF
NEW YORK; DISTRICT OF NEW
JERSEY; DISTRICT OF
CONNECTICUT; NORTHERN
DISTRICT OF ILLINOIS;
UNITED STATES COURT OF
INTERNATIONAL TRADE.

# JAMES M. MALONEY
## ATTORNEY AT LAW
## PROCTOR IN ADMIRALTY

P.O. BOX 551
33 BAYVIEW AVENUE
PORT WASHINGTON, NY 11050

TEL: (516) 767-1395
FAX: (516) 767-1326

E-MAIL ADDRESSES:
jmm80@earthlink.net
maritimelaw@nyu.edu

[RECEIVED MAR 1 8 2005 CHAMBERS OF JUDGE SIDNEY H. STEIN]

March 21, 2005

Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1312

*By fax only to (212) 805-7924*

TWO PAGES

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/22/05]

Re:  *Hughes, Hooker et al. v. American Club*
Case No.:  **04 CV 1859 (SHS)**

Dear Judge Stein:

I represent the Plaintiffs, and write to request a one-week extension of time on the briefing schedule regarding the Defendants' motion and Plaintiffs' cross-motion in the above-captioned matter as set by Your Honor's Order of February 4, 2005, a true copy of which follows. Plaintiffs now request until March 28, 2005, for Plaintiffs to serve their response to the motion. In accordance with Your Honor's Rule 1(E), I note the following:

- Plaintiffs' response was originally due today, March 21, with other dates as shown on the following page.
- There have been no previous requests for extensions of time on this motion.
- The Defendants have indicated that they do not oppose this request for an extension, provided that their time to serve a reply, and a response to any cross-motion, is extended by a commensurate amount, i.e., until Monday, April 4. Plaintiffs' time to reply on the cross-motion should accordingly also be moved one week, to April 11, 2005.

By copy of this letter to Mr. Bowles, I thank him again for his courtesies.

Respectfully,

James M. Maloney

SO ORDERED 3/21/05

SIDNEY H. STEIN
U.S.D.J.

cc (by fax only to (212) 952-0345):
Lawrence J. Bowles, Esq.