UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

HUGHES, HOOKER & CO. AND
HUGHES, HOOKER (CORRESPONDENTS) S.A.,

    Plaintiffs,

     -against-

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION,
INC., SHIPOWNERS CLAIMS BUREAU,
JOSEPH E. M. HUGHES, THOMAS J. MCGOWAN,
AND VINCENT J. SOLARINO,

    Defendants.

</td><td>

04 CV 1859 (SHS)

**NOTICE OF
CONDITIONAL
CROSS-MOTION**

</td></tr>
</table>

**PLEASE TAKE NOTICE** that upon the Declaration of Jacek Bielecki and upon the

memorandum of law submitted herewith, and upon all other papers and proceedings herein,

the plaintiffs will move this Court, simultaneously with the defendants' renewed motion, for

the following contingent relief: should this Court determine that "London" arbitration called

for, and should it stay the proceedings pending same, that this Court first order limited

discovery sufficient to enable the plaintiffs to evaluate the monetary value of their claim with

greater precision than has heretofore been possible.

Dated:     March 28, 2005
            Port Washington, New York

                                  James M. Maloney
                                  33 Bayview Avenue
                                  Port Washington, NY 11050
                                  (516) 767-1395

TO:    Lawrence J. Bowles, Esq.
      Nourse & Bowles
      One Exchange Plaza
      At 55 Broadway, 30th floor
      New York, NY 10006-3030