EXHIBITS ATTACHED TO THE
AFFIDAVIT OF LAWRENCE J. BOWLES
DATED FEBRUARY 28, 2005

Exhibit 1      Agreement dated 25 March 1996

Exhibit 1A     Letter to Mr. McGowan dated November 14, 1995 on the stationary of Hughes Hooker Solicitors

Exhibit 1B     Letter to Mr. McGowan dated March 11, 1996 on the stationary of Hughes Hooker Solicitors

Exhibit 1C     Tom McGowan's letter dated March 21, 1996 to Mr. Bielecki

Exhibit 2      Joe Hughes' letter dated March 27, 2000 to Mr. Bielecki

Exhibit 2A     Mr. Bielecki's letter dated 29 March 2000 to Mr. Hughes

Exhibit 3      Original Complaint of Jacek Bielecki

Exhibit 3A     First Amended Complaint of Hughes Hooker & Co. and Hughes Hooker (Correspondents) S.A. with Exhibit C attached

Exhibit 4      Nourse & Bowles, LLP's letter dated April 26, 2004 to Mr. Bielecki

Exhibit 5      Mr. Bielecki's letter dated April 30, 2004 addressed to Nourse & Bowles, LLP

Exhibit 6      Copy of decision in Seatrade Maritime Corporation v. Hellenic Mutual War Risks Association (Bermuda) Ltd. et al., Supreme Court New York County entered May 6, 2004

Exhibit 7      Stipulation regarding London arbitration signed by Nourse & Bowles, LLP on behalf of defendants on February 28, 2005