# EXHIBIT 5

# JACEK BIELECKI
HIGH HOUSE LODGE, ORFORD,
SUFFOLK, IP12 2NW, ENGLAND
Tel:+44 1394 45 99 30 Fax: +44 1394 45 99 29
E-Mail:defenceclaims@btconnect.com

---

| | | | |
|---|---|---|---|
| To | : | Nourse & Bowles, New York | |
| Attention | : | Lawrence Bowles Esq. | Ref:LJB/jtc |
| Fax | : | 00 1 212 952 0345 | |
| Email | : | reception@nb-ny.com | |

Date      :      Friday, April 30, 2004

Dear Mr. Bowles,

Re:   <u>Bielecki -v- American Steamship Owners Mutual Protection & Indemnity Association Inc., et al – 04 CV 01859 (Judge Stein)</u>

Thank you for your letter addressed to my step-daughter, dated April 26, 2004. May I suggest that for regular exchanges of correspondence we communicate by fax and/or email.

As for your demand for arbitration in London I have the following comments to make:-

1. With the greatest respect, you have misconstrued Clause 5 of the Contract. The *"option"* referred to relates solely to arbitration as opposed to the regular courts. The option does not extend to the **country** in which proceedings are commenced.

2. Your clients have refused US arbitration and therefore no agreement can be reached on the appointment of a single arbitrator, and thus the commencement of proceedings in the regular courts is the only method or option open to me to commence proceedings under the terms of the Contract.

1

3. Your demand for London arbitration is therefore rejected.

4. Your threat that I will be ordered to pay the costs of your move to stay is noted.

Yours sincerely,

Jacek Bielecki.