UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGHES, HOOKER & CO. AND<br>HUGHES, HOOKER (CORRESPONDENTS) S.A.,<br><br>        Plaintiffs,<br><br>        -against-<br><br>AMERICAN STEAMSHIP OWNERS MUTUAL<br>PROTECTION AND INDEMNITY ASSOCIATION,<br>INC., SHIPOWNERS CLAIMS BUREAU,<br>JOSEPH E. M. HUGHES, THOMAS J. MCGOWAN,<br>AND VINCENT J. SOLARINO,<br><br>        Defendants. | 04 CV 1859 (SHS)(GWG) |

**AFFIRMATION OF PERSONAL SERVICE**

I, James M. Maloney, an attorney at law admitted to practice before this Honorable Court, hereby certify under penalty of perjury as follows:

On the 29th day of March, 2006, I served a true copy of the **Order to Show Cause for Entry of Partial Final Judgment**, signed by the Honorable Sidney Stein, together with a true copy of the **Amended Complaint** thereto annexed, and true copies of: (1) the **Affirmation of James M. Maloney** and the **Declaration of Jacek Bielecki**, executed on the 28th day of March, 2006, and the **Memorandum of Law** submitted therewith in support thereof, upon the attorneys for the Defendants, by personally delivering same to NOURSE & BOWLES LLP, One Exchange Plaza at 55 Broadway, New York, NY 10006, and leaving same with a person of suitable age and discretion, namely Ms. Karlene Jackson, Managing Clerk for NOURSE & BOWLES LLP, at 12:25 p.m. on that date.

In accordance with the provisions of Rule 2106 of the CPLR, I hereby affirm by signing below, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: March 30, 2006
       Port Washington, New York

                                                James M. Maloney (JM-5297)