NOURSE & BOWLES, LLP
Attorneys for Defendants
One Exchange Plaza
At 55 Broadway
New York, NY 10006
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
HUGHES, HOOKER & CO. AND                                  :
HUGHES, HOOKER (CORRESPONDENTS) S.A.,     :
                                                                                      :
            Plaintiffs,                                                       :
                                                                                      :     04 CV 1859(SHS)(GWG)
      -against-                                                              :
                                                                                      :
AMERICAN STEAMSHIP OWNERS MUTUAL      :     DECLARATION OF
PROTECTION AND INDEMNITY ASSOCIATION, :     LAWRENCE J. BOWLES
INC., SHIPOWNERS CLAIMS BUREAU,              :
JOSEPH E.M. HUGHES, THOMAS J. MCGOWAN, :
AND VINCENT J. SOLARINO,                              :
                                                                                      :
            Defendants.                                                    :
------------------------------------------------------------------X

      Lawrence J. Bowles hereby states as follows:

      1.    I am a member of the Firm of Nourse & Bowles, LLP, attorneys for defendants, and a member of the bar of this Honorable Court.

      2.    Attached as Exhibit "1" is my letter of April 24, 2004 demanding arbitration on behalf of the American Club against Defendants in London and requesting that this action be withdrawn. Defendants refused this request (Exhibit "2") making a motion to stay necessary.

3.  Attached as Exhibit "3" is a Declaration of Nicholas George Parton received today, with its attachments.

I declare under penalty of perjury under 28 U.S. Code § 1746 that the foregoing is true and correct.

Executed:   New York, New York
            April 10, 2006

_____
Lawrence J. Bowles