UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HUGHES, HOOKER & CO. AND
HUGHES, HOOKER (CORRESPONDENTS) S.A.,

    Plaintiffs,                                PARTIAL FINAL JUDGMENT

      -against-                          04 CV 1859 (SHS)

AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION,
INC.,  SHIPOWNERS CLAIMS BUREAU,
JOSEPH E. M. HUGHES, THOMAS J. MCGOWAN,
AND VINCENT J. SOLARINO,

    Defendants.

------------------------------------------------------------------X

    An Opinion and Order of Honorable Sidney H. Stein, United States District Judge, having been filed on June 9, 2005, which, among other determinations, denied Defendants' application for costs, attorneys' fees, and/or sanctions in this matter up to that date, and this Court having made the express determination that there is no just reason for delay of entry of partial final judgment as to that denial of costs, attorneys' fees, and/or sanctions against Plaintiffs and in favor of Defendants; it is

    ORDERED and ADJUDGED that Defendants' application for costs, attorneys' fees, and/or sanctions against Plaintiffs in connection with this matter, up to and including the date hereof, is DENIED.

Dated:       New York, New York
                 _____

                                                        _____

                                                        Clerk of Court