USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGHES, HOOKER & CO. AND HUGHES, HOOKER (CORRESPONDENTS) S.A., <br><br> Plaintiffs, <br><br> -against- <br><br> AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., SHIPOWNERS CLAIMS BUREAU, JOSEPH E. M. HUGHES, THOMAS J. MCGOWAN, AND VINCENT J. SOLARINO, <br><br> Defendants. | 04 CV 1859 (SHS)(GWG) <br><br> ORDER TO SHOW CAUSE FOR ENTRY OF PARTIAL FINAL JUDGMENT |

Upon the Affirmation of James M. Maloney and the Declaration of Jacek Bielecki, executed on the 28th day of March, 2006, and upon the Memoradum of Law submitted therewith and the copy of the Amended Complaint hereto annexed, it is ORDERED that the above-named Defendants show cause before ~~a motion term of~~ this Court, at Room _23A_, United States Court House, 500 Pearl Street / 40 Foley Square, on _April 14_, 2006, at _11:30_ o'clock a.m./~~p.m.~~, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 54(b) of the Federal Rules of Civil Procedure directing partial final judgment as to the denial of costs and attorneys fees in the above-captioned matter, as decided in this Court's Opinion and Order of June 9, 2005, a true copy of which is annexed as Exhibit 1 to the Declaration of Jacek Bielecki, executed on the 28th day of March, 2006.; and it is further ORDERED that personal service of this ORDER and the supporting papers referenced herein upon the attorneys for Defendants, NOURSE & BOWLES LLP, One Exchange Plaza at 55 Broadway, New York, NY 10006, on or before _5_ ~~a.m.~~/p.m. on _March 30_, 2006, shall be deemed good and sufficient service thereof. _Answering papers shall be filed on or before April 10, 2006; reply, if any, by April 12, 2006._

Dated this _29_ day of _March_, 2006
New York, New York

_____
Sidney H. Stein, U.S.D.J.