USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HUGHES, HOOKER & CO. AND          :
HUGHES, HOOKER (CORRESPONDENTS)   :
S.A.,                             :   04 Civ. 1859
                                  :   ~~06 Civ. 1487~~ (SHS)
            Plaintiff,            :
                                  :   ORDER
      -against-                   :
                                  :
AMERICAN STEAMSHIP OWNERS         :
MUTUAL PROTECTION AND INDEMNITY   :
ASSOCIATION, INC., SHIPOWNERS CLAIMS :
BUREAU, JOSEPH E.M. HUGHES, THOMAS :
J. MCGOWAN, AND VINCENT J. SOLARINA :
            Defendant.            :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Oral argument having been held today on plaintiff's motion for entry of judgment under Rule 54(b) as to this Court's Opinion and Order dated June 9, 2005 denying defendant's motion for attorney's fees, IT IS HEREBY ORDERED THAT:

For the reasons set forth on the record, plaintiff's motion in DENIED.

Dated: New York, New York
       April 14, 2006

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.