USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HUGHES, HOOKER & CO., *ET AL.*,         :         04 Civ. 1859 (SHS)

                Plaintiffs,         :

    -against-         :         ORDER

AMERICAN STEAMSHIP OWNERS, *ET AL.*,         :

                Defendants.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On the basis of the letters dated April 18, 2007 from plaintiffs' attorney and April 19, 2007 from defendants' attorney, the latter of which encloses the arbitration award dated August 14, 2006 from the London arbitration,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: New York, New York
      April 20, 2007

                                  SO ORDERED:

                                  Sidney H. Stein, U.S.D.J.